NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INVESTORS SAVINGS BANK, | |
| Plaintiff, | |
| | Civil Action No. 11-2757 (JAP) |
| v. | |
| | **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| WHEATSHEAF BY FENIX, LLC, et al., | |
| Defendants. | |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Lois H. Goodman, filed on February 2, 2012; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 17th day of February, 2012,

**ORDERED** that the Report and Recommendation filed on February 2, 2012 [23], recommending that Plaintiff Investor Savings Bank's motion to remand be granted, is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand [16] is **GRANTED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.